UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLAN TANNENBAUM,<br><br>      Plaintiff,<br><br>  -v-<br><br>HEAVY, INC.,<br><br>      Defendant. | 25-cv-7811 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The parties in the above-captioned case have informed the Court that they have executed a settlement agreement. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

All pending deadlines are hereby suspended, and the Clerk is respectfully directed to close this case.

SO ORDERED.

Dated:    New York, NY
          February 20, 2026

_____
JED S. RAKOFF, U.S.D.J.

1